IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK J. VANDENBURGH,                       No. CIV S-08-1247-CMK-P

    Plaintiff,

  vs.                                                          ORDER

GARY STANTON,

    Defendant.

_____/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's first amended complaint (Doc. 8).  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

    Plaintiff' first amended complaint names Solano County Sheriff Gary Stanton as the only defendant.[1]  Plaintiff alleges:

> Gary Stanton is the head sheriff here at the Solano County Justice Center and is responsible for all the policies and the direct enforcement of these policies.  The facility policy of reading legal mail outgoing is his

---

[1] The Clerk of the Court will be directed to update the docket to terminate Solano County as a defendant.

1   responsibility.  He should know that the Supreme Court and California see
2   this policy as invalid.  To put the certain correctional officer name is
    opening the door for reprisal, when the policy is invalid.

3 Plaintiff seeks money damages "for the depravation of my privacy and equal protection under the
4 law. . ." and prospective injunctive relief.
5     The first amended complaint appears to state a cognizable claim for relief
6 pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff
7 has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds
8 that service is appropriate and will direct service by the U.S. Marshal without pre-payment of
9 costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff
10 complies with this order.  Plaintiff is warned that failure to comply with this order may result in
11 dismissal of the action.  See Local Rule 11-110.
12     Accordingly, IT IS HEREBY ORDERED that:
13     1.  The Clerk of the Court is directed to terminate Solano County as a
14 defendant to this action, which proceeds against defendant Gary Stanton only;
15     2.  The court authorizes service on the following defendant(s):
16         GARY STANTON;
17     3.  The Clerk of the Court shall send plaintiff one USM-285 form for each
18 defendant identified above, one summons, an instruction sheet, and a copy of the first amended
19 complaint; and
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

1     4. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form(s); and

    d. Two copies of the endorsed first amended complaint.

DATED: September 12, 2008

                                                                   **CRAIG M. KELLISON**
                                                                   UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK J. VANDENBURGH,            No. CIV S-08-1247-CMK-P

      Plaintiff,

   vs.

GARY STANTON,

      Defendant.

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order:

    <u> 1 </u>    completed summons form;

    <u>   </u>    completed USM-285 form(s); and

    <u>   </u>    copies of the first amended complaint.

DATED: _____        _____
                                                Plaintiff